

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

APR 22 2019

JAMES W. McCORMACK, CLERK
By:_____
                          DEP CLERK

In the United States District Court
Eastern District of Arkansas
Western Division

Kevin A. Briggs                                             Plaintiff

v.                         Case No. 4:19-cv-281-BRW

Couch, Conville & Blitt LLC                              Defendant

## Complaint

1. Defendant Couch, Conville & Blitt LLC (Couch, Conville & Blitt), a debt collection law firm, sued Plaintiff Kevin A. Briggs to collect a credit card debt he had paid in full, violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq., the Arkansas Fair Debt Collection Practices Act, Ark. Code Ann. 17-24-501, et seq.

## Jurisdiction

2. Jurisdiction of this Court arises under 28 U.S.C. §§ 1331, 1367, and 15 U.S.C. § 1692k(d).

3. This action arises out of Couch, Conville & Blitt's violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, et seq., and the Arkansas Fair Debt Collection Practices Act ("AFDCPA"), Ark. Code Ann. § 17-24-501, et seq., in its illegal efforts to collect a consumer debt from Briggs.

4. Venue is proper in this District because the acts and transactions occurred here, Briggs resides here, and Couch, Conville & Blitt transacts business here.

**This case assigned to District Judge Wilson**
**and to Magistrate Judge Ray**

5. Couch, Conville & Blitt transacted business within Arkansas by attempting to collect this debt from Briggs using the U.S. Mail, telephones, and the Arkansas courts, while he was within and permanently residing within Arkansas.

### Parties

#### *Plaintiff Kevin A. Briggs*

6. Briggs is a citizen of Arkansas, residing in Pulaski County, Arkansas.

7. Briggs is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3) and Ark. Code Ann. § 17-24-502(2).

#### *Couch, Conville & Blitt, LLC*

8. Couch, Conville & Blitt is a foreign limited liability company, operating from 3501 N. Causeway Blvd., Ste. 800, Metairie, LA 70002.

9. Couch, Conville & Blitt is a law firm.

10. The FDCPA and the AFDCPA applies to lawyers and law firms.[1]

11. The term "debt collector" has two prongs:

   a. any person who uses any instrumentality of interstate commerce of the mails in any business the principal purpose of which is the collection of debts; or

   b. any person who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.[2]

---

[1] *See Heintz v. Jenkins*, 514 U.S. 291, 115 S.Ct. 1489, 131 L. Ed. 2d 295 (1995).

[2] 15 U.S.C. § 1692a(6) and Ark. Code Ann. § 17-24-502(5)(A).

12. Couch, Conville & Blitt uses the instrumentalities of interstate commerce or the mails in its business the principal purpose of which is the collection of debts, including defaulted credit card debts owed or asserted to be owed to Capital One Bank (USA), NA (Capital One).

13. Couch, Conville & Blitt regularly collects or attempts to collect, directly or indirectly, debts owed or asserted to be owed to another, including Capital One.

14. "Couch, Conville & Blitt is a multi-state law firm, which focuses primarily upon a legal collection and creditors' rights practice."[3]

15. Couch, Conville & Blitt maintains a payment portal on its website for consumers to make payments towards debts it collects.[4]

16. Couch, Conville & Blitt holds itself out to the public as a debt collector.[5]

17. Couch, Conville & Blitt is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Ark. Code Ann. § 17-24-502(5)(A).

**Factual Allegations**

18. Within one year immediately preceding filing this pleading, Couch, Conville & Blitt attempted to collect from Briggs a financial obligation primarily for personal, family or household purposes, and is therefore a "debt" as that term

---

[3] *See* Exhibit 1, printout of Couch, Conville & Blitt's webpage, available at www.gulfsouthlegal.com (last checked on April 19, 2019).

[4] *See* Exhibit 2, printout of Couch, Conville & Blitt wepage, available at http://www.gulfsouthlegal.com/index.php/consumers-title-companies/consumers-payments (last checked on April 19, 2019); *see* Exhibit 3, printout of Couch, Conville, & Blitt webpage, available at https://gulfsouthlegal.stratuspayments.net/ (last checked on April 19, 2019).

[5] *Id.*

is defined by 15 U.S.C. § 1692a(5) and Ark. Code Ann. § 17-24-502(4), namely a debt for Briggs' defaulted Capital One credit card account.

19. The term "debt" as defined by 15 U.S.C. § 1692a(5) and Ark. Code Ann. § 17-24-502(4), includes obligations or alleged obligations already paid when a debt collector attempted to collect the paid debt.

20. Briggs applied for and received a Capital One credit card account.

21. Briggs used his Capital One credit card account to buy personal items.

22. Briggs defaulted on the Capital One credit card account (the Account).

23. Capital One hired Couch, Conville & Blitt to collect the Account.

24. The indebtedness on the Account when Capital One hired Couch, Conville & Blitt to collect the Account was $2,388.24.

25. On or about April 16, 2019, wrote a check payable to Couch, Conville & Blitt for $2,388.24 to pay the Account in full.

26. On April 30, 2018, Couch, Conville & Blitt received the check.

27. On May 2, 2018, the check cleared Briggs' checking account.

28. On May 11, 2018, Couch, Conville & Blitt filed a debt collection lawsuit for Capital One against Briggs in the Circuit Court of Pulaski County, Arkansas, to collect the Account.

29. The debt collection complaint averred, "At the time of filing, KEVIN A BRIGGS is justly indebted to CAPITAL ONE BANK (USA), N.A. in the amount of $2,388.24." This statement was false because Briggs had paid his obligation for the Account.

30. The debt collection complaint averred, "The account is past due and payable; demands for payment have been refused; and there are not set-offs or

counterclaims." These statements were false as Briggs had paid his obligation for the Account and he had not refused demands for payment.

31. The debt collection complaint prayed that Capital One be awarded a Judgment for $2,388.24. Capital One could not have Judgment for $2,388.24 because Briggs had paid the Account in full.

32. On June 6, 2018, Briggs was served with the debt collection complaint and summons.

33. Briggs hired counsel to represent him in the debt collection lawsuit.

34. Briggs incurred and paid attorney fees to defend the debt collection lawsuit.

35. On June 29, 2018, Briggs filed and an answer, motion for summary judgment, and a brief in support.

36. The time for opposing the motion for summary judgment passed with Couch, Conville & Blitt filing an opposition or any response.

37. Briggs requested the court enter judgment in his favor because Couch, Conville & Blitt had not opposed or responded to the motion for summary judgment.

38. On August 29, 2018, Couch, Conville & Blitt moved to dismiss the debt collection lawsuit with prejudice.

39. On September 5, 2018, the Circuit Court dismissed the debt collection lawsuit with prejudice.

40. Couch, Conville & Blitt's conduct caused Briggs actual damages, in attorney fees paid and incurred to defend the debt collection lawsuit.

41. Couch, Conville & Blitt's conduct caused Briggs actual damages, in emotional distress as he was angry that he had been sued on a debt he no longer

owed and worried that a judgment might be entered against him over a debt he no longer owed.

## Standing

42. Briggs has standing under Article III of the United States Constitution because he has suffered an injury in fact, the injury in fact is traceable to the challenged conduct of Couch, Conville & Blitt, and his injury in fact is likely to be redressed by a favorable judicial decision in this Court.

43. Briggs' injury in fact is both particular and concrete because he has suffered an invasion of a legally protected interest that is concrete, particularized and actual or imminent.

## Vicarious Liability

44. The acts and omissions of other debt collectors employed by Couch, Conville & Blitt were committed with the time and space limits of their agency relationship with their principal, Couch, Conville & Blitt.

45. The acts and omissions of other debt collectors were incidental to, or of the same general nature as, the responsibilities these agents could perform by Couch, Conville & Blitt in collecting consumer debts.

46. By committing these acts and omissions against Briggs, Couch, Conville & Blitt and other debt collectors were motivated to benefit their principal, Couch, Conville & Blitt.

47. Couch, Conville & Blitt is therefore vicariously liable to Briggs for the intentional and negligent acts, errors, and omissions done in violation of state and federal law by its collection employees, including but not limited to violations of the FDCPA and the AFDCPA, in their attempts to collect the Account from Briggs.

## Causes of Action

### *Count I – Violations of the FDCPA, 15 U.S.C. § 1692, et seq.*

48. Briggs incorporates by reference the above paragraphs as though stated.

49. The foregoing acts and omissions of Couch, Conville & Blitt and its agents constitute violations of the FDCPA including, but not limited to, 15 U.S.C. §§ 1692e, 1692e(2), 1692e(5), 1692e(10), 1692f, and 1692f(1).

50. Because of Couch, Conville & Blitt's violations of the FDCPA, Briggs may recover actual damages under 15 U.S.C. § 1692k(a)(1); statutory damages up to $1,000.00 under 15 U.S.C. § 1692k(a)(2)(A); and a reasonable attorney's fee and costs under 15 U.S.C. § 1692k(a)(3), from Couch, Conville & Blitt.

### *Count II – Violations of the AFDCPA, Ark. Code Ann. § 17-24-501, et seq.*

51. Briggs incorporates by reference the above paragraphs as though state herein.

52. The foregoing acts and omissions of Couch, Conville & Blitt and its agents constitute violations of the AFDCPA including, but not limited to, Ark. Code Ann. § 17-24-506(a), 17-24-506(b)(2), 17-24-506(b)(5), 17-24-506(b)(10), 17-24-507(a), and 17-24-507(b)(1).

53. Because of Couch, Conville & Blitt's violations of the AFDCPA, Briggs may recover actual damages under Ark. Code Ann. § 17-24-512(a)(1); statutory damages up to $1,000.00 under Ark. Code Ann. § 17-24-512(a)(2)(A); and a reasonable attorney's fee and costs under Ark. Code Ann. § 17-24-512(a)(3)(A), from Couch, Conville & Blitt.

## Jury Demand

54. Briggs demands a trial by jury.[6]

## Prayer for Relief

55. Briggs prays for a judgment be entered against Couch, Conville & Blitt including:

   a. actual damages under 15 U.S.C. § 1692k(a)(1), and Ark. Code Ann. § 17-24-512(a)(1), against Couch, Conville & Blitt;

   b. statutory damages of $1,000.00 under 15 U.S.C. § 1692k(a)(2)(A) against Couch, Conville & Blitt;

   c. statutory damages of $1,000.00 under Ark. Code Ann. § 17-24-512(a)(2)(A), against Couch, Conville & Blitt;

   d. costs of litigation and a reasonable attorneys' fee under 15 U.S.C. § 1692k(a)(3), and Ark. Code Ann. § 17-24-512(a)(3)(A); and

   e. for such other relief as may be just and proper.

Respectfully submitted

By: _____
Corey D. McGaha
Ark. Bar No. 2003047
William T. Crowder
Ark. Bar No. 2003138
CROWDER MCGAHA, LLP
5507 Ranch Drive, Suite 202
Little Rock, AR 72223
Phone: (501) 205-4026
Fax: (501) 367-8208
cmcgaha@crowdermcgaha.com
wcrowder@crowdermcgaha.com

---

[6] U.S. Const. amend 7 and Fed. R. Civ. P. 38.

In the United States District Court
Eastern District of Arkansas
Western Division

Kevin A. Briggs                                                                                   Plaintiff

v.                                    Case No. _____

Couch, Conville & Blitt LLC                                                            Defendant

**Complaint – Exhibit 1**



(/index.php)

## Achieving Ethical Results

**TOLL FREE: 1-866-282-3853**

Select Language ▾   Powered by Google **Translate** (https://translate.google.com)

Couch Conville & Blitt is a multi-state law firm, which focuses primarily upon a legal collection and creditors' rights practice. The firm also maintains a general business practice, including transactional and business litigation (prosecution and defense).

CCB represents a variety of local, regional, and national businesses throughout the South, including several publicly traded entities and some of the nation's largest lenders.

Members of the firm have published and lectured extensively on a variety of legal and business issues, including creditors' rights, law office management, case management, legal collections, disaster planning and recovery, FDCPA, FCRA, GLBA, and other laws impacting the lending and collection industry.

CCB's attorneys and staff understand that every client and every claim is unique. We seek to ensure that every client's interests are fully protected and that their particular needs are met.

### Practice Areas

Couch, Conville & Blitt practices in various areas, including:

- Consumer Collections
- Commercial Collections
- Collateral Lending & Replevin
- Creditor Defense Matters
- Transactional Matters

Learn More (/index.php/areas-of-practice)

## Consumers/Payments

If you have received a letter from our office or if we have filed a lawsuit against you, on behalf of one of our clients, click here for more information.

**Debit Card and Checks accepted.**

Learn More (/index.php/consumers-title-companies/consumers-payments)

## Multi-State Presence

Attorneys are licensed in Louisiana, Mississippi, Alabama, Tennessee, Texas, Georgia, Oklahoma, Arkansas, Missouri and Illinois. The Firm maintains physical offices in:

- Louisiana
- Mississippi
- Alabama
- Tennessee
- Texas (Houston/Dallas)
- Arkansas

Learn More (/index.php/contact-us)

Sitemap (/index.php/site-menu)

The Rules of Professional Conduct of the various states in which our offices are located require the following language: Christopher J. Couch is the Managing Partner of Couch Conville and Blitt LLC. His office is located at 3501 N. Causeway Blvd., Suite 800, Metairie, LA 70002. Mr. Couch can be reached at 866-282-3853.   THIS IS AN ADVERTISEMENT.

Copyright ©2011-2017, Couch, Conville and Blitt, LLC. All rights reserved.

In the United States District Court
Eastern District of Arkansas
Western Division

Kevin A. Briggs                                                                                   Plaintiff

v.                                      Case No. _____

Couch, Conville & Blitt LLC                                                              Defendant

**Complaint – Exhibit 2**

 (/index.php)

*Achieving Ethical Results*

**TOLL FREE: 1-866-282-3853**

Select Language ▾    Powered by Google **Translate (https://translate.google.com)**

## Consumers/Payments

Our office is a debt collector. In the event this website were deemed to be a communication with you, then please understand that we are attempting to collect a debt and any information you provide to us can and will be used to collect such debt.

Please understand that our client's interests are adverse to yours. Additionally, as a Law Firm, we are required to represent our clients to the fullest extent; however, we are always interested in working toward mutually agreeable resolutions.

### Consumer Payment Information

If you would like to make a payment now by **check or debit card** please click on the Pay Now button below. You can also propose a payment plan and a representative from the Firm will contact you shortly.

Pay Now (https://gulfsouthlegal.stratuspayments.net/)    **Debit Card and Checks accepted**

In the event you would like to advise us of information related to your current financial situation or offer a payment plan, please download and complete the Payment Arrangement Form (/images/pdfs/Payment_Arrangement_Form_Feb2018.pdf), then fax it to 504-838-0244.

Your submission of payment offers are subject to client approval. Please understand that our clients are not required to accept your offers or requests.

### Consumer Experience

Couch, Conville & Blitt strives to present each consumer with a courteous, professional, & ethical communication experience.

We encourage any consumer who interacts with our Firm to provide comments about such experience. In the event you would like to share your experience with our Firm, please email us (/index.php/consumers-title-companies/consumers-payments/consumer-experience-form/view/form) and include your file number in the message as a reference point.

🖨 Print (/index.php/consumers-title-companies/consumers-payments?tmpl=component&print=1) | ✉ Email (/index.php/component/mailto/?tmpl=component&template=yoo_master2&link=940d1127d84b7a0d8a135c84201eb8f0c94df1bb)



Sitemap (/index.php/site-menu)

The Rules of Professional Conduct of the various states in which our offices are located require the following language:
Christopher J. Couch is the Managing Partner of Couch Conville and Blitt LLC. His office is located at 3501 N. Causeway Blvd., Suite 800, Metairie, LA 70002. Mr. Couch can be reached at 866-282-3853. THIS IS AN ADVERTISEMENT.

Copyright ©2011-2017, Couch, Conville and Blitt, LLC. All rights reserved.

In the United States District Court
Eastern District of Arkansas
Western Division

Kevin A. Briggs                                                                                          Plaintiff

v.                                        Case No. _____

Couch, Conville & Blitt LLC                                                                     Defendant

**Complaint – Exhibit 3**

4/19/2019          Payment or Settlement



# Welcome to the Couch, Conville and Blitt, LLC Payment Portal

## Terms & Conditions

By checking the "I Accept" box below you are asserting that you are the named individual on the account and are authorized to review and discuss the personal information contained on the account, or that you are a third party making a payment on behalf of the individual named on the account.

This law firm is a debt collector, as defined by 15 U.S.C. §1692(a)(6), and this is an attempt to collect a debt. Any information obtained by us will be used for that purpose.

Stratus Payment Solutions is the payment processor for this entity. To review our privacy disclosure, Click Here.

- ☐ I Accept the Terms & Conditions and wish to proceed with making a payment.
- ☐ I do not wish to proceed with making a payment.

The Rules of Professional Conduct of the various states in which our offices are located require the following language:
Christopher J. Couch is the Managing Partner of Couch Conville and Blitt LLC. His office is located in Downtown Metairie, 3501 N. Causeway Blvd., Ste 800, Metairie, La 70002.
Mr. Couch can be reached at 866-282-3853. THIS FIRM IS A DEBT COLLECTOR.
Copyright © 2011, Couch, Conville and Blitt, LLC. All rights reserved.

# Verification

State of Arkansas       )
County of Pulaski       )

Under 28 U.S.C. § 1746, Plaintiff Kevin A. Briggs, having first been duly sworn and upon oath, verifies, certifies, and declares as follows:

1. I am one of the Plaintiffs in this civil proceeding.

2. I have read the foregoing Complaint prepared by my attorneys.

3. I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.

4. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification, or reversal of existing law.

5. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any named Defendant, cause unnecessary delay to any Defendant.

6. I have filed this civil Complaint in good faith and solely for the purposes set forth in it.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 4-18-19

_____
Kevin A. Briggs